FILED: August 28, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1822
(1:23-cv-01338-CMH-IDD)

_____

KAREN LOWY, individually and as parent and next friend of N.T.

        Plaintiff - Appellant

v.

DANIEL DEFENSE, LLC; FAB DEFENSE, INC.; FAB MANUFACTURING & IMPORT OF INDUSTRIAL EQUIPMENT LTD.; BRAVO COMPANY USA, INC.; LOYAL 9 MANUFACTURING, LLC; FOSTECH, INC.; HEARING PROTECTION, LLC; CENTURION ARMS, LLC; MAGPUL INDUSTRIES CORP.; FEDERAL CARTRIDGE COMPANY; VISTA OUTDOOR, INC.; FIOCCHI OF AMERICA, INC.; FIOCCHI MUNIZIONI S.P.A.; SUREFIRE, LLC; TORKMAG, INC.; JOHN DOES 1-20

        Defendants - Appellees

 and

STARLINE, INC.

        Defendant

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:23-cv-01338-CMH-IDD |

| Date notice of appeal filed in originating court: | 08/22/2024 |
|---|---|
| Appellant(s) | Karen Lowy |
| Appellate Case Number | 24-1822 |
| Case Manager | Kirsten Hancock 804-916-2704 |