UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1822
(1:23-cv-01338-CMH-IDD)
(1:23-cv-01501-CMH-IDD)

_____

KAREN LOWY, individually and as parent and next friend of N.T.; ANTONIO HARRIS

        Plaintiff - Appellants

v.

DANIEL DEFENSE, LLC; FAB DEFENSE, INC.; FAB MANUFACTURING & IMPORT OF INDUSTRIAL EQUIPMENT LTD.; BRAVO COMPANY USA, INC.; LOYAL 9 MANUFACTURING, LLC; FOSTECH, INC.; HEARING PROTECTION, LLC; CENTURION ARMS, LLC; MAGPUL INDUSTRIES CORP.; FEDERAL CARTRIDGE COMPANY; VISTA OUTDOOR, INC.; FIOCCHI OF AMERICA, INC.; FIOCCHI MUNIZIONI S.P.A.; SUREFIRE, LLC; TORKMAG, INC.

        Defendants - Appellees

 and

STARLINE, INC.; JOHN DOES 1-20

        Defendants

------------------------------

EVERYTOWN FOR GUN SAFETY SUPPORT FUND; BRADY CENTER TO PREVENT GUN VIOLENCE; GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; GLOBAL ACTION ON GUN VIOLENCE

Amici Supporting Appellants

and

NATIONAL SHOOTING SPORTS FOUNDATION; NATIONAL RIFLE
ASSOCIATION OF AMERICA; SAFARI CLUB INTERNATIONAL;
SPORTSMEN'S ALLIANCE FOUNDATION

Amici Supporting Appellees

———————————

O R D E R

———————————

The court grants the motion to withdraw from further representation on

appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk