July 21, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No.  24-1822,   Karen Lowy v. Daniel Defense, LLC
                1:23-cv-01338-CMH-IDD, 1:23-cv-01501-CMH-IDD

TO:     Brady Center to Prevent Gun Violence
        FOSTECH, Inc.
        Magpul Industries Corp.
        Surefire, LLC
        Safari Club International
        FAB Manufacturing & Import of Industrial Equipment Ltd.
        National Rifle Association of America
        Torkmag, Inc.
        Federal Cartridge Company
        Vista Outdoor, Inc.
        Fiocchi Munizioni S.P.A.
        Hearing Protection, LLC
        Loyal 9 Manufacturing, LLC
        Sportsmen's Alliance Foundation
        Daniel Defense, LLC
        Karen  Lowy
        National Shooting Sports Foundation
        FAB Defense, Inc.
        Fiocchi of America, Inc.
        Antonio  Harris
        Bravo Company USA, Inc.
        Everytown for Gun Safety Support Fund
        Global Action on Gun Violence
        Giffords Law Center to Prevent Gun Violence
        Centurion Arms, LLC

**RESPONSE DUE: 07/24/2025**

Response is required to the notice requesting information regarding similar cases on or before 07/24/2025. **Please use the following form to submit response:** [Response - Similar Cases](#)**, using the event: RESPONSE/ANSWER (to Similar Case notice).**

Kirsten Hancock, Deputy Clerk
804-916-2702